IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELRAMAHI, Bashar Mohammad<br>A71 924 364<br><br>      Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security; MICHAEL MUKASEY, U.S. Attorney General; EMILIO T. GONZALEZ, Director, U.S. Citizenship & Immigration Services; RUTH A. DOROCHOFF, District Director, U.S. Citizenship & Immigration Services, Chicago Field Office; F. GERARD HEINAUER, Director, Nebraska Service Center; and ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | FILED: AUGUST 18, 2008<br>NO. 08CV4695<br>JUDGE GRADY<br>MAGISTRATE JUDGE BROWN<br>RCC |

## NOTICE OF FILING

TO:    U.S. Attorney's Office  
           Northern District of Illinois  
           219 S. Dearborn Street, Suite 500  
           Chicago, IL 60604  
           **Via First Class Mail**

           Michael Chertoff  
           Office of General Counsel  
           U.S. Department of Homeland Security  
           Washington, DC 20528  
           **Via First Class Mail**

           Michael Mukaey  
           U.S. Attorney General  
           950 Pennsylvania Avenue, N.W.  
           Washington, DC 20530  
           **Via First Class Mail**

           Ruth Dorochoff  
           District Director, USCIS Chicago Field Office  
           101 W. Congress Parkway  
           Chicago, IL 60605  
           **Via First Class Mail**

           Emilio T. Gonzalez  
           Director, USCIS  
           20 Massachusetts Avenue Ave., N.W.  
           Washington, DC 20529  
           **Via First Class Mail**

           Robert S. Mueller, III  
           Federal Bureau of Investigation  
           935 Pennsylvania Ave., N.W.  
           Washington, DC 20535-0001  
           **Via First Class Mail**

F. Gerard Heinauer
Nebraska Service Center
P.O. Box 87400
Lincoln, NE 68501-7400
**Via First Class Mail**

  PLEASE TAKE NOTICE that on August 18, 2008, Plaintiff filed with the District Court for the Northern District of Illinois, his Petition for a Writ of Mandamus on Naturalization Application, a copy of which is hereby served upon you as indicated above.

              s/Stanley J. Horn
              STANLEY J. HORN
              Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

  The undersigned attorney certifies that he caused this Notice to be served upon the above addressed by mail service or hand delivery by 5:00 p.m. on August 18, 2008.

              s/Stanley J. Horn
              STANLEY J. HORN
              Attorney for Plaintiff

Stanley J. Horn
Horn, Khalaf, Abuzir, Mitchell & Schmidt
2 North LaSalle, Suite 630
Chicago, IL 60602
Telephone: (312) 281-5444
Fax: (312) 558-9075
E-mail: shorn@hkamlaw.com